ATTORNEY GRIEVANCE
COMMISSION

                 \*         IN THE

                 \*         SUPREME COURT

v.

                 \*         OF MARYLAND

                 \*         AG No. 23

GREGORY WAYNE JONES

                 \*         September Term, 2025

O R D E R

Upon consideration of the "Petitioner's Motion for Reinstatement of the Respondent and to Dismiss the Petition" filed by Petitioner, the Attorney Grievance Commission of Maryland, in the above-captioned case on February 4, 2026, it is this 5th day of February, 2026,

ORDERED, by the Supreme Court of Maryland, that Petitioner's Motion for Reinstatement of the Respondent and to Dismiss the Petition is GRANTED; and it is further

ORDERED, that the Petition for Disciplinary or Remedial Action filed in the above-captioned case on November 17, 2025 is DISMISSED; and it is further

ORDERED, that, pursuant to Maryland Rule 19-733(e)(1), Respondent, Gregory Wayne Jones, is restored to good standing by the Court and is again permitted to practice law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



/s/ Shirley M. Watts
Senior Justice

Gregory Hilton, Clerk